

IN THE

TENTH COURT OF APPEALS

_____

No. 10-10-00432-CR

IN RE ADAM HOFFMAN

_____

Original Proceeding

MEMORANDUM OPINION

Relator's motion to withdraw petition for writ of mandamus is granted in part,

and the petition for writ of mandamus is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted in part; petition dismissed as moot
Opinion delivered and filed March 16, 2011
Do not publish
[OT06]